Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 1 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 23 2008

BY_____
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-77)**

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 366 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 19 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By_____
Deputy Clerk

**IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION**                                      MDL No. 1760

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** | |
|---|---|---|
| ALABAMA NORTHERN ALN 2 08-1417 | Doris Scott v. Novartis Pharmaceuticals Corp. | 3:08-CV-0906 |
| ARKANSAS EASTERN ARE 4 08-685 | Larry Wood, etc. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0907 |
| ARKANSAS WESTERN ARW 2 08-2088 | Orville McDaniel, etc. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0908 |
| ARIZONA AZ 2 08-1461 | Karen Evers v. Novartis Pharmaceuticals Corp. | 3:08-CV-0909 |
| CALIFORNIA EASTERN CAE 1 08-1145 | Brenda Melching, et al. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0910 |
| CONNECTICUT CT 3 08-1212 | Julie Fritzky, etc. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0911 |
| FLORIDA MIDDLE FLM 2 08-626 | Abbie Bowden, et al. v. Novartis Pharmaceutials Corp | 3:08-CV-0912 |
| GEORGIA NORTHERN GAN 1 08-2542 | Susan Eberhart v. Novartis Pharmaceuticals Corp. | 3:08-CV-0913 |
| IOWA SOUTHERN IAS 4 08-317 | John White, etc. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0914 |
| ~~ILLINOIS NORTHERN ILN 1 08-4482~~ | ~~Patricia Melau, etc. v. Novartis Pharmaceuticals Corp.~~ Opposed 9/17/08 | |
| INDIANA SOUTHERN INS 4 08-124 | Debra Thompson v. Novartis Pharmaceuticals Corp. | 3:08-CV-0915 |
| KANSAS KS 2 08-2374 | Donald Arbuckle v. Novartis Pharmaceuticals Corp. | 3:08-CV-0916 |
| MASSACHUSETTS MA 3 08-30162 | Otilia Zinger, et al. v. Novartis Pharmaceuticals Corp. | 3:08-CV-0917 |

## MDL No. 1760 - Schedule CTO-77 Tag-Along Actions (Continued)

| **DIST. DIV. C.A. #** | **CASE CAPTION** | |
|---|---|---|
| **MARYLAND** | | |
| MD  8  08-2089 | Stacy Zimmerman, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0918 |
| **MINNESOTA** | | |
| ~~MN  0  08-4869~~ | ~~Terry Anderson v. Novartis Pharmaceuticals Corp.~~ Opposed 9/17/08 | |
| MN  0  08-4870 | Roger Reinardy, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0919 |
| MN  0  08-4898 | Judith McKinnon v. Novartis Pharmaceuticals Corp. | 3:08-cv-0920 |
| **MISSOURI WESTERN** | | |
| MOW  4  08-567 | Mary Blumenshine, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0921 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  1  08-196 | Denise Shewmake, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0922 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  08-517 | Marsha Brown, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0923 |
| **NORTH CAROLINA EASTERN** | | |
| NCE  7  08-130 | Victor Brown, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0924 |
| **NORTH CAROLINA WESTERN** | | |
| NCW  3  08-361 | Marie Talley v. Novartis Pharmaceuticals Corp. | 3:08-cv-0925 |
| **NEW JERSEY** | | |
| NJ  2  08-3962 | Elizabeth Miller, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0926 |
| **NEW YORK EASTERN** | | |
| NYE  2  08-3233 | Suzanne Strakhov v. Novartis Pharmaceuticals Corp. | 3:08-cv-0927 |
| NYE  2  08-3234 | Gian Casali, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0928 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  08-820 | James Patton, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0929 |
| **OREGON** | | |
| OR  3  08-933 | Gerald Olson, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0930 |
| OR  3  08-934 | George Tracy, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0931 |
| **TENNESSEE EASTERN** | | |
| TNE  1  08-189 | Robert Foster, etc. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0932 |
| **TENNESSEE WESTERN** | | |
| TNW  2  08-2530 | Bobby Lynn Montgomery, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0933 |

**MDL No. 1760 - Schedule CTO-77 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WASHINGTON WESTERN<br>WAW 3 08-5495 | Carol Hill, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0934 |
| WISCONSIN EASTERN<br>WIE 2 08-679 | Elizabeth H. McCleery, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0935 |