Bruce J. Berger (admitted *pro hac vice*)
  (bberger@hollingsworthllp.com)
Philip M. Busman (admitted *pro hac vice*)
  (pbusman@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street, NW
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
  (jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
  (sedwards@fbm.com)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING and her husband MAYNARD MELCHING,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No.  1:08-CV-01145-AWI-SAB<br><br>**ORDER GRANTING DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S <u>REQUEST TO SEAL DOCUMENTS</u>**<br><br>Date:        Monday, January 27, 2014<br>Time:       1:30 pm<br>Dept:        Courtroom 2, 8th Floor<br>Judge:      Honorable Anthony W. Ishii<br>Trial:         April 22, 2014 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING NPC'S REQUEST TO
SEAL DOCUMENTS - Case No. 1:08−CV−01145-AWI-SAB

27522\3988871.1

The Court, having considered pursuant to Local Rule 141, the request by Defendant Novartis Pharmaceuticals Corporation ("NPC") to seal certain documents upon which NPC relies in support of NPC's Motion for Summary Judgment, and for good cause shown, hereby grants NPC's request and orders that the following documents be maintained under seal until further order of the Court:

    **A.**    **Exhibit 26 to the Declaration of Bruce J. Berger in Support of NPC's Motion for Summary Judgment.**

**Exhibit 26**: Clinical Expert Statement: *Osteonecrosis of the Maxillofacial Area* (ZA-0980455-81).  This document shall be maintained by the Court under seal.

    **B.**    **Exhibit 27 to the Declaration of Bruce J. Berger in Support of NPC's Motion for Summary Judgment.**

**Exhibit 27:** Memorandum letter from Judith Roff to Robert Spaet, undated.  This document shall be maintained by the Court under seal.

    **C.**    **Exhibit 42 to the Declaration of Bruce J. Berger in Support of NPC's Motion for Summary Judgment.**

**Exhibit 42**: June 10, 2009 deposition transcript of Gerald Porrino in *Stevens v. Schmidt*, No. DV-08-100 (Dist. Ct. Mont.).

IT IS SO ORDERED.

Dated:   December 18, 2013        _____
                                                            SENIOR DISTRICT JUDGE