# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Melching, | 1:08-cv-01145-AWI-SAB |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| Novartis Pharmaceuticals Corporation, | (Docs. 88, 89) |
| Defendant. | |
| _____/ | |

Defendant Novartis Pharmaceuticals Corporation has filed a motion to apply New Jersey Law to Plaintiff's demand for punitive damages, set for hearing on Monday, January 6, 2014. Plaintiff, Brenda Melching, has filed an opposition. Defendant has replied. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of January 6, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 30, 2013                              _____
                                                                                  SENIOR  DISTRICT  JUDGE

1