UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING and her husband MAYNARD MELCHING,<br><br>  Plaintiffs,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>  Defendant. | Case No.  1:08-CV-01145-AWI-SAB<br><br>**ORDER GRANTING DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF NOVARTIS PHARMACEUTICALS CORPORATION'S RESPONSE TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS RELATED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    Monday, January 27, 2014<br>Time:   1:30 pm<br>Dept:    Courtroom 2, 8th Floor<br>Judge:  Honorable Anthony W. Ishii<br>Trial:    April 22, 2014 |

The Court, having considered pursuant to Local Rule 141, the request by Defendant Novartis Pharmaceuticals Corporation ("NPC") to seal certain documents upon which NPC relies in Response to Plaintiffs' Additional Material Facts Related to NPC's Motion for Summary Judgment, and for good cause shown, hereby grants NPC's request and orders that the following documents be maintained under seal until further order of the Court:

    **A.**    **Novartis Pharmaceuticals Corporation's Response to Plaintiffs' Additional Material Facts Related to Defendant's Motion for Summary Judgment.**

**Novartis Pharmaceuticals Corporation's Response to Plaintiffs' Additional Material Facts Related to Defendant's Motion for Summary Judgment**:  This document shall be maintained by the Court under seal.

    **B.**    **Exhibit 4 to the Declaration of Sandra A. Edwards in Support of Novartis Pharmaceuticals Corporation's Response to Plaintiffs' Additional Material Facts Related to Defendant's Motion for Summary Judgment.**

**Exhibit 4:**  Excerpts of the August 22, 2008 confidential deposition transcript of Dionigi Maladorno in *In re: Aredia and Zometa Products Liability Litigation*, No. 3:06-MD-1760 (Mid. Dist. Tenn.).  This document shall be maintained by the Court under seal.

IT IS SO ORDERED.

Dated:  January 18, 2014

_____
SENIOR DISTRICT JUDGE