IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| BRENDA MELCHING and MAYNARD D. MELCHING, JR., | 1:08-cv-01145-AWI-SAB |
|---|---|
| Plaintiffs, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendants. | |

Defendant, Novartis Pharmaceuticals Corporation, filed a motion for summary judgment on December 17, 2013. The motion is set for hearing before this Court on Monday, January 27, 2014 at 1:30 p.m.. Plaintiffs, Brenda Melching and Maynard D. Melching Jr., filed an opposition on January 13, 2014. Defendant filed a reply on January 17, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of January 27, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 21, 2014                              _____
                                                                          SENIOR  DISTRICT  JUDGE

1