# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING and her husband MAYNARD MELCHING,<br><br>     Plaintiff,<br><br>     v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>     Defendant.<br>_____/ | 1:08-cv-01145-AWI-SAB<br><br>**ORDER RE: SUGGESTION OF DEATH**<br><br>(Doc. 118) |

     On January 27, 2014, Defendant Novartis Pharmaceuticals filed a suggestion of death as to Plaintiff, Brenda Melching. Federal Rule of Civil Procedure 25 subsection (a)(1) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. Proc. 25(a)(1). Two things are required of a party for the running of the ninety-day period to commence: a party must 1) formally suggest the death of the party on the record, and 2) serve the suggestion of death on the other parties and nonparty successors or representatives. Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994). In order for the ninety-day period for substitution to be triggered, a party must

formally suggest the death of the party upon the record, Fed. R. Civ. P. 25(a)(1), and must serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute, Fed. R. Civ. P. 25(a)(3). Thus, a party may be served the suggestion of death by service on his or her attorney, Fed. R. Civ. P. 5(b), while non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons. Fed. R. Civ. P. 25(a)(3); Barlow v. Ground, 39 F.3d at 232-234. It appears from Defendant's proof of service that Plaintiffs' attorneys were served and Defendants have attempted to serve Ms. Melching's successors or representatives in accordance with Rule 4.

The ninety-day period provided by Rule 25 was triggered on of January 27, 2014. Any motion for substitution must be served on the parties in conformity with Rule 5. Fed. R. Civ. Proc. 25(a)(3).

IT IS SO ORDERED.

Dated:   January 29, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE