# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING and MAYNARD D. MELCHING, JR.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendants.<br>_____/ | 1:08-cv-01145-AWI-SAB<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

Defendant, Novartis Pharmaceuticals Corporation, filed motions to exclude certain testimony of Plaintiffs' experts on January 31, 2014. The motions are set for hearing before this Court on Monday, March 3, 2014 at 1:30 p.m.. Plaintiffs, Brenda Melching and Maynard D. Melching Jr., filed oppositions on February 16, 2014. Defendant filed replies on February 24, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds these matters suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of March 3, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 26, 2014                          _____
                                                                              SENIOR  DISTRICT  JUDGE

1