# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING and her husband MAYNARD MELCHING, | 1:08-cv-01145-AWI-SAB |
| Plaintiffs, | **ORDER VACATING FUTURE DATES** |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

Defendant Novartis Pharmaceuticals Corporation has filed a motion for summary judgment, currently under submission before the Court. In consideration of the time requirements needed to evaluate and resolve this motion, the Court hereby VACATES all future dates, including the March 5, 2014 pretrial conference and the April 22, 2014 trial dates. The Court shall schedule a trial-setting conference, if necessary, after an order on summary judgment has been issued.

IT IS SO ORDERED.

Dated: February 27, 2014        _____
                                SENIOR DISTRICT JUDGE

1