# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING, et al._____Plaintiffs,_____v._____NOVARTIS PHARMACEUTICALS CORPORATION,_____Defendant. | Case No.  1:08-cv-01145-JSR-SAB_____ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF_____(ECF No. 139) |

On January 27, 2014, Defendants filed a suggestion of death triggering the ninety day period provided by Rule 25 of the Federal Rules of Civil Procedure to substitute a plaintiff in this action.  (ECF Nos. 118, 119.)  On April 17, 2014, Plaintiffs filed an unopposed motion for substitution of Plaintiff due to the death of Brenda Melching.  (ECF No. 139.)

Having reviewed the motion for substitution of Maynard Melching, the surviving spouse of deceased Plaintiff Brenda Melching, the Court finds good cause to substitute Maynard Melching for Plaintiff Brenda Melching.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the substitution of Plaintiff is GRANTED and Maynard Melching is substituted for Plaintiff Brenda Melching.

IT IS SO ORDERED.

Dated:   **May 9, 2014**

UNITED STATES MAGISTRATE JUDGE