# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MELCHING, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | Case No. 1:08-cv-01145-JSR-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF No. 144) |

On November 20, 2014, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice;

2. Each party shall bear its own attorney fees and costs; and

3. The Clerk of the Court is directed to close this action.

Dated: New York, NY
December 8, 2014

JED S. RAKOFF, U.S.D.J.